UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STATE OF OREGON and TOBIAS READ, in his official capacity as the Oregon Secretary of State,<br><br>    Defendants - Appellees,<br><br>OUR OREGON; et al.,<br><br>    Intervenor-Defendants - Appellees. | No. 26-1231<br><br>D.C. No. 6:25-cv-01666-MTK<br>District of Oregon, Eugene<br><br>ORDER |

The responses to the motions to expedite and to consolidate are due at 12:00 p.m. Pacific Time on March 12, 2026. The optional reply in support of those motions is due at 12:00 p.m. Pacific Time on March 16, 2026

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT