UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF OREGON and TOBIAS READ, in his official capacity as the Oregon Secretary of State,<br><br>Defendants - Appellees,<br><br>OUR OREGON; et al.,<br><br>Intervenor-Defendants - Appellees. | No. 26-1231<br><br>D.C. No.<br>6:25-cv-01666-MTK<br>District of Oregon,<br>Eugene<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California and STATE OF CALIFORNIA,<br><br>Defendants - Appellees,<br><br>LEAGUE OF WOMEN VOTERS OF CALIFORNIA; et al.,<br><br>Intervenor-Defendants - Appellees. | No. 26-1232<br><br>D.C. No.<br>2:25-cv-09149-DOC-ADS<br>Central District of California,<br>Los Angeles |

Before: OWENS, MILLER, and BUMATAY, Circuit Judges.

The motions to expedite (Docket Entry No. 12 in 26-1231; Docket Entry No. 12 in 26-1232) are granted in part. The opening briefs are due March 18, 2026. The answering briefs are due April 17, 2026. The optional reply briefs are due April 24, 2026.

The motions to consolidate (Docket Entry No. 13 in 26-1231; Docket Entry No. 18 in 26-1232) are denied. The clerk will place these appeals together on the calendar for May 2026. *See* 9th Cir. Gen Ord. 3.3(g).